UNITED STATES of America,
Plaintiff—Appellee,

v.

Burton Chanta ALLEN, Defendant—
Appellant.

No. 03–30423.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 24, 2004.

Bernard F. Hubley, Esq., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Edmund F. Sheehy, Jr., Esq., Helena, MT, for Defendant–Appellant.

Before: LEAVY, THOMAS and FISHER, Circuit Judges.

MEMORANDUM **

Burton Chanta Allen appeals the district court's imposition of a 188–month sentence upon remand. This court previously affirmed Allen's conviction for conspiracy to manufacture methamphetamine in violation of 21 U.S.C. § 841(b)(1)(A), vacated the original sentence and remanded for resentencing. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Allen has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.